1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA, et al.,** ) | **No. 11-cv-4232-EDL** |
| ) | |
| **Petitioners,** ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| **JACK J. CHILDS,** ) | |
| ) | |
| **Respondent.** ) | |
| _____ ) | |

In accordance with the parties' stipulation, IT IS SO ORDERED.

**THUS DONE AND SIGNED** on this _17_ day of _October_, 2011 at San Francisco, California.

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

Stipulation
Case No. 11-cv-4232-EDL