# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | No. 11-cv-4232-EDL |
| Petitioners, | ORDER |
| v. | |
| JACK J. CHILDS, | |
| Respondent. | |

In accordance with the parties' stipulation, IT IS SO ORDERED.

**THUS DONE AND SIGNED** on this  17  day of  October , 2011 at San Francisco, California.

_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

Stipulation
Case No. 11-cv-4232-EDL